March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Yoel Belitz,

                               Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(___)(___)

Defendant __Yoel Belitz__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

__X__    Initial Appearance/Appointment of Counsel

__\|__    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

__Yoel Belitz (BDS)__                    __[signature]__
Defendant's Signature                    Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Yoel Belitz__                          __Bradley D. Simon__
Print Defendant's Name                   Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__Stewart D. Aaron__

__1/19/2021__                            _____
Date                                     U.S. Magistrate Judge